UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
JUN 04 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| UNITED STATES OF AMERICA | DOCKET NO. 1:24CR 35-MR-WCM |
|---|---|
| v. | **BILL OF INDICTMENT** |
| | Violations: |
| OTIS ANTHONY EDGERTON, JR. | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES**:

**COUNT ONE**

On or about October 28, 2023, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

**OTIS ANTHONY EDGERTON, JR.**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, that being an FNH USA, model FNX-45, .45 caliber pistol.

In violation of Title 18, United States Code, Section 922(g)(1).

1

# NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms or ammunition involved or in the violation set forth in this Bill of Indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. One (1) FNH USA, model FNX-45, .45 caliber pistol.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
ANNABELLE CHAMBERS
SPECIAL ASSISTANT UNITED STATES ATTORNEY